Form G5 (20240101_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re:  )   Case Number: 23-80552
Renee Kuperman  )
  )   Chapter: 13
  )
  )   Honorable Thomas M. Lynch
  )
Debtor(s)  )

## ORDER MODIFYING PLAN

THIS MATTER coming before the Court on Debtor's Motion to Modify Plan and the Court being fully advised in the premises,

Upon the Court's determination that Fed.R.Civ.P. 60(b)(1), as incorporated by Fed.R.Bankr.P. 9024, authorizes the modification requested due to mistake and further finding no fault as to the parties involved:

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. Part 5.1 of the Amended Chapter 13 Plan shall be corrected to read, in pertinent part, that "If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $11,747.74." The remainder of Part 5.1 shall remain undisturbed.

3. The Plan base and all other Plan terms shall remain the same.

Enter:

United States Bankruptcy Judge

Dated: March 4, 2024

**Prepared by:**
Michael Blissenbach
Springer Law Firm
5301 East State Street, Suite 216D
Rockford, Illinois 61108